THE STATE, *Plaintiff in Error*, v. RAMSEY.

Division Two, May 31, 1892.

**Appeals in Misdemeanor Cases:** JURISDICTION OF SUPREME COURT. The supreme court has no jurisdiction of appeals in misdemeanor cases, and when taken to this court they will be transferred to the courts of appeals.

*Error to Phelps Circuit Court.*—HON. C. C. BLAND, Judge.

TRANSFERRED TO ST. LOUIS COURT OF APPEALS.

*John M. Wood,* Attorney General, for the State.

*J. B. Harrison* for defendant in error

GANTT, P. J.—This is an information preferred by the prosecuting attorney of Phelps county against the defendant for a disturbance of the peace. It is a misdemeanor, and this court has no jurisdiction.

It is accordingly ordered that this transcript and cause be transferred to the St. Louis court of appeals. All concur.